FILED
FEB - 4 2025
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
BENTON OFFICE

SUPPRESSED

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ROBERT DESHON HAWKINS and ) <br> DISNEY DEMERIA ALEXANDER ) <br> ) <br> Defendants. ) | CASE NO. 25-CR-30009-SPM <br><br> Title 18 United States Codes, <br> Section 2423(a) and 2 |

## SUPERSEDING INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT 1
### TRANSPORTATION OF MINORS

From on or between September 1, 2023 through September 4, 2023, in Madison County, within the Southern District of Illinois,

**ROBERT DESHON HAWKINS and DISNEY DEMERIA ALEXANDER,**

defendants herein, did knowingly transport an individual who had not attained the age of 18 years in interstate and foreign commerce, with intent that the individual engage in sexual activity for which any person can be charged with a criminal offense, namely, promotion of prostitution, which was a criminal offense under 720 ILCS 5/11-14.3(a)(1).

All in violation of Title 18, United States Codes, Section 2423(a) and 2.

A TRUE BILL

FOREPERSON

*[signature]*
Karelia S. Rajagopal
Assistant United States Attorney

*[signature]*
RACHELLE AUD CROWE
United States Attorney

Recommended Bond: Detention